**Yigal BOSCH, Plaintiff–Appellant**

v.

**Ronald E. TIGNER; Gregory S. Hudson; Cozen O'Connor, Defendants–Appellees.**

**No. 11–20303**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 21, 2011.

Yigal Bosch, Houston, TX, pro se.

Joseph Anthony Ziemianski, Cozen O'Connor, P.C., Houston, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

---

PER CURIAM: *

We AFFIRM the judgment of the district court for essentially the reasons stated in its memorandum opinion and order.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

